

MINUTE ENTRY
ROBY, M.J.
July 11, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNETH WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO:     00-0320** |
| **CHARLES C. FOTI, JR., ET AL** | **SECTION: "N" (4)** |

## CALL DOCKET

Service was attempted and unexecuted on the defendants listed below on the date indicated:

S I D, J. Joia, G. Jackson, and M. Pierce                    March 30, 2000

There is no record of either an answer or an appearance having been made by these defendants. In order to serve the defendants, the full names of each should be provided to the Court.

Therefore, the plaintiff is ordered to provide the full names of the named defendants by written memorandum or motion, **no later than July 26, 2000**, otherwise the claims against the said defendants will be subject to dismissal for the plaintiff's failure to prosecute under Fed. R. Civ. P. 41(b).

FAILURE TO COMPLY WITH THIS MINUTE ENTRY
SHALL RESULT IN DISMISSAL WITHOUT FURTHER NOTICE

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUL 1 2 2000