```
                              FILED
                        U.S. DISTRICT COURT
                       EASTERN DISTRICT OF LA

              SEP 20 2000    2000 SEP 20  AM 8:44

                           LORETTA G. WHYTE
                                CLERK
```

**MINUTE ENTRY**
**ROBY, M.J.**
**September 18, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNETH WILLIAMS** | CIVIL ACTION |
| **VERSUS** | NO:   00-0320 |
| **CHARLES C. FOTI, JR., ET AL** | SECTION: "N" (4) |

On July 11, 2000, the plaintiff was order to provide the full names of the defendants in the above reference matter. **(doc #8)**

On July 20, 2000, the plaintiff provided the full name of G. Jackson as George Jackson Badge #2023. **(doc #9)**

The Clerk of Court is directed to issuance a summons on George Jackson in the above referenced case.

The U.S. Marshals Service is further directed to serve the summons on George Jackson.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**U.S. Marshals Service**

DATE OF ENTRY
SEP 21 2000