

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 20 PM 4: 36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNETH WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 00-0320** |
| **CHARLES C. FOTI., JR., ET AL.** | **SECTION: "N" (4)** |

## O R D E R

The Court, having considered the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the plaintiff, Kenneth Williams' claims against S.I.D., J. Joia, M. Pierce, Det. D. Wharton, and Sheriff Charles C. Foti, Jr. are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this _20_ day of _October_, 2000.

**UNITED STATES DISTRICT JUDGE**

DATE OF ENTRY
OCT 2 3 2000