```
                              FILED
                        U.S. DISTRICT COURT
                       EASTERN DISTRICT OF LA

                        2000 DEC -7 AM 9: 24

                          LORETTA G. WHYTE
                               CLERK
```

MINUTE ENTRY
ROBY, M.J.
DECEMBER 6, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNETH WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0320** |
| **CHARLES C. FOTI, JR.** | **SECTION "N" (4)** |

The Court has been informed that the plaintiff, Kenneth Williams, was transferred from the Avoyelles Bunkie Detention Center on or before October 17, 2000. On October 23, 2000, the District Judge entered an Order, Record Document 12, partially dismissing the plaintiff's claims. The order was mailed to plaintiff at the Avoyelles Bunkie Detention Center and the envelope containing that order has been returned to the Court marked undelivered. Accordingly,

**IT IS ORDERED** that the Clerk of Court mail Record Document 12 to plaintiff at his new address:

> Kenneth Williams, #117753
> Franklin Parish Detention Center
> 388 Natures Acres Road
> Winnsboro, LA 71295

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
DEC 7 2000

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 20 PM 4: 36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH WILLIAMS | CIVIL ACTION |
| VERSUS | NO: 00-0320 |
| CHARLES C. FOTI., JR., ET AL. | SECTION: "N" (4) |

## ORDER

The Court, having considered the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the plaintiff, Kenneth Williams' claims against S.I.D., J. Joia, M. Pierce, Det. D. Wharton, and Sheriff Charles C. Foti, Jr. are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 20 day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
OCT 2 3 2000