FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC -7 AM 9: 24

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNETH WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0320** |
| **CHARLES C. FOTI, JR.** | **SECTION "N"(4)** |

## ORDER TO CUSTODIAN

Kenneth Williams, DOC #117753, is the plaintiff in the above captioned *in forma pauperis* action. The Court has been informed that plaintiff has been transferred to the Franklin Parish Detention Center. Prior to his transfer, no funds were deducted from his prisoner account towards payment of the $150 filing fee in this matter. Accordingly,

**IT IS ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(2), the Warden or his designee shall withhold 20 percent of the preceding month's income credited to the plaintiff's prisoner account and forward payments to the Clerk of Court when the balance in the account exceeds $10. This order shall continue until the full balance of $150 is collected from plaintiff's prisoner account or the plaintiff is transferred or released from DOC custody. The payments are to be forwarded to the Clerk of Court, 500 Camp Street, Room C-151, New Orleans, Louisiana, 70130. Each payment shall bear the plaintiff's name and the above civil action number.

DATE OF ENTRY
DEC 7 2000

Fee
Process
X Dktd
CtRmDep
Doc.No.

**IT IS FURTHER ORDERED** that, if plaintiff is transferred to a different facility or released from custody, the Warden or his designee shall notify the Court of plaintiff's new facility or forwarding address within 30 days of plaintiff's transfer or release.

New Orleans, Louisiana, this 10th day of December, 2000.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

**Clerk to serve:**

**FINANCIAL**

Warden, Franklin Parish Detention Center
**ATTN: INMATE BANKING**
388 Natures Acres Road
Winnsboro, LA  71295

Kenneth Williams, #117753
Franklin Parish Detention Center
388 Natures Acres Road
Winnsboro, LA  71295