```
            FILED
       U.S. DISTRICT COURT
      EASTERN DISTRICT OF LA

        2001 AUG 27  AM 11: 30

          LORETTA G. WHYTE
               CLERK
```

MINUTE ENTRY
ROBY, M.J.
AUGUST 24, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNETH WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0320** |
| **CHARLES C. FOTI, JR.** | **SECTION "N" (4)** |

On July 20, 2000, the plaintiff, Kenneth Williams, filed a **Response to the Court's July 11, 2000, Minute Entry (Rec. Doc. No. 9)** to clarify the names of the defendants in his *pro se* and *in forma pauperis* complaint. In that Response, Williams submitted the name of Detective D. Wharton as an additional defendant who was not named in his original complaint. Therefore,

It is **ORDERED** that the plaintiff's **Response to the Court's July 11, 2000, Minute Entry (Rec. Doc. No. 9)** is construed in part as an **Amended Complaint** adding Detective D. Wharton as a defendant.

The **Clerk of Court** is **DIRECTED** to add Detective D. Wharton as a defendant but to **WITHHOLD** further issuance of summons of the original and/or amended complaint until further order of the Court.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

```
  DATE OF ENTRY
   AUG 2 7 2001
```

___Fee_____
___Process____
_X_ Dktd_____
___CtRmDep___
___Doc.No.____