FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 30 A 10: 13

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH WILLIAMS | CIVIL ACTION |
| VERSUS | NO. 00-0320 |
| CHARLES C. FOTI, JR., ET AL | SECTION "N"(4) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Kenneth Williams' complaint pursuant to Title 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE** as frivolous pursuant to Title 28 U.S.C. § 1915(e)(2) and § 1915A(b) and Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 29 day of August, 2001.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 3 0 2001