

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 30  A 10: 14

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH WILLIAMS | CIVIL ACTION |
| VERSUS | NO. 00-0320 |
| CHARLES C. FOTI, JR., ET AL | SECTION "N"(4) |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge, having adopted it as its opinion herein, and having ordered the dismissal of the defendants, Sheriff Charles C. Foti, Jr., S.I.D., J. Joia, M. Pierce, Det. D. Wharton, on October 23, 2000; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendants, Sheriff Charles C. Foti, Jr., S.I.D., J. Joia, George Jackson, M. Pierce, Det. D. Wharton, and against the plaintiff, Kenneth Williams, dismissing the plaintiff's complaint with prejudice as frivolous pursuant to Title 28 U.S.C. § 1915(e)(2) and § 1915A(b) and Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this  29  day of  August , 2001.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 3 0 2001

Fee_____
Process___
X Dktd____
CtRmDep__
Doc. No.  19